# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-3553

_____

Frederick L. Pitchford

*Plaintiff - Appellant*

v.

Equal Employment Opportunity Commission; Shirley McGee, employee of EEOC, in personal capacity; Margie Myers, employee of EEOC, in personal capacity; Wanda Milton, employee of EEOC, in personal capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: May 3, 2013
Filed: May 8, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Frederick Pitchford appeals the district court's[1] dismissal of his 42 U.S.C. § 1985 complaint. After careful review, we conclude that the dismissal was proper for the reasons stated by the district court. See Gometz v. Culwell, 850 F.2d 461, 464 (8th Cir. 1988) (to state § 1985(2) claim, plaintiff must allege with sufficient particularity that parties reached some agreement and conspired together to deprive plaintiff of federal right); Harrison v. Springdale Water & Sewer Comm'n, 780 F.2d 1422, 1430 (8th Cir. 1986) (equal protection provision of § 1985(3) requires allegation of class-based animus). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.